No. 11–5323. DAVIS *v.* UNITED STATES. C. A. 7th Cir. Reported below: 422 Fed. Appx. 544;

No. 11–5842. ROBINSON *v.* UNITED STATES. C. A. 8th Cir.;

No. 11–5950. BRAZELL *v.* UNITED STATES. C. A. 7th Cir. Reported below: 415 Fed. Appx. 727;

No. 11–6364. HYDE *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–6464. LEWIS *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–6602. HERNANDEZ *v.* UNITED STATES. C. A. 7th Cir. Reported below: 426 Fed. Appx. 458;

No. 11–6716. COX *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–6847. MERRIMAN *v.* UNITED STATES; and WRIGHT *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–6876. GRIFFIN *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–7029. KING *v.* UNITED STATES. C. A. 7th Cir. Reported below: 426 Fed. Appx. 467;

No. 11–7043. CAIN *v.* UNITED STATES. C. A. 7th Cir. Reported below: 422 Fed. Appx. 544;

No. 11–7328. NEWCOMB *v.* UNITED STATES. C. A. 7th Cir. Reported below: 423 Fed. Appx. 647;

No. 11–7500. PARKER *v.* UNITED STATES. C. A. 7th Cir. Reported below: 437 Fed. Appx. 500;

No. 11–7505. HOLCOMB ET AL. *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–7558. MOORE *v.* UNITED STATES. C. A. 8th Cir. Reported below: 461 Fed. Appx. 517;

No. 11–7650. RICKMON *v.* UNITED STATES. C. A. 7th Cir. Reported below: 436 Fed. Appx. 708;

No. 11–7689. BAGU *v.* UNITED STATES. C. A. 3d Cir.;

No. 11–7728. MOSES *v.* UNITED STATES. C. A. 7th Cir. Reported below: 434 Fed. Appx. 563;

No. 11–7879. VANCE *v.* UNITED STATES (Reported below: 659 F. 3d 613); BROWN *v.* UNITED STATES (662 F. 3d 457); SMITH *v.* UNITED STATES; and TOWNSEND *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–8023. TICKLES, AKA TICKLESS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 661 F. 3d 212;

No. 11–8026. WALKER *v.* UNITED STATES. C. A. 3d Cir. Reported below: 471 Fed. Appx. 92;

No. 11–8063. WILKS *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–8134. SIDNEY *v.* UNITED STATES. C. A. 8th Cir. Reported below: 648 F. 3d 904;

No. 11–8146. LEWIS *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–8244. JONES *v.* UNITED STATES. C. A. 7th Cir. Reported below: 444 Fed. Appx. 908;

No. 11–8268. GIBSON *v.* UNITED STATES. C. A. 5th Cir. Reported below: 661 F. 3d 212;

No. 11–8355. WATSON *v.* UNITED STATES. C. A. 8th Cir. Reported below: 434 Fed. Appx. 569;

No. 11–8413. STROWDER *v.* UNITED STATES. C. A. 7th Cir. Reported below: 449 Fed. Appx. 506;

No. 11–8476. BRITO *v.* UNITED STATES. C. A. 7th Cir.;

No. 11–8551. DOUGLAS *v.* UNITED STATES. C. A. 8th Cir.;

No. 11–8737. BOOMER *v.* UNITED STATES. C. A. 4th Cir. Reported below: 453 Fed. Appx. 334;

No. 11–8778. GIBBS *v.* UNITED STATES. C. A. 4th Cir.;

No. 11–8894. RAYSOR v. UNITED STATES. C. A. 8th Cir. Reported below: 661 F. 3d 987;

No. 11–9016. JORDAN v. UNITED STATES. C. A. 7th Cir.;

No. 11–9028. AKIWOWO v. UNITED STATES. C. A. 7th Cir.;

No. 11–9029. BAXTER ET AL. v. UNITED STATES. C. A. 7th Cir. Reported below: 440 Fed. Appx. 508;

No. 11–9142. BENITEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 456 Fed. Appx. 446;

No. 11–9604. COLEMAN v. UNITED STATES. C. A. 4th Cir. Reported below: 445 Fed. Appx. 642;

No. 11–9711. BENNETT v. UNITED STATES. C. A. 5th Cir. Reported below: 664 F. 3d 997;

No. 11–9938. JACKSON v. UNITED STATES. C. A. 5th Cir. Reported below: 466 Fed. Appx. 383; and

No. 11–9961. OWENS v. UNITED STATES. C. A. 5th Cir. Reported below: 466 Fed. Appx. 388. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Dorsey* v. *United States, ante,* p. 260.